# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**LEONARD DOUGLAS (#601998)**

**VERSUS**

**JASON KENT, ET AL.**

**CIVIL ACTION**

**NO. 17-166-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 2, 2019, to which an opposition was filed (Doc. 21);

**IT IS ORDERED** that the report and recommendation of the Magistrate Judge is adopted. However, because of a clerical error in the report and recommendation, the petitioner's application for habeas corpus relief is denied, **without prejudice**.

**IT IS FURTHER ORDERED** that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 22, 2019.

---

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**